IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR305 |
| | ) | |
| vs. | ) | |
| | ) | |
| ADEWALE ANIYELOYE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [26]. Counsel has informed the court the case has extensive discovery and counsel needs additional time to review and prepare for trial.  explore plea negotiations.   The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [26] is granted, as follows:

1. The jury trial now set for February 21, 2017 is continued to **April 24, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 24, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 17, 2017.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**