# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:16CR305 |
| vs. | ) | |
| ADEWALE ANIYELOYE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Defendant's unopposed Motion to Continue Trial [52]. Additional time to calculate loss for purposes of negotiating a plea agreement is requested and asserted as being necessary. Counsel represents that Defendant consents to the motion and acknowledges that he understands the additional time is excludable for the purposes of the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [52] is granted as follows:

1. The jury trial now set for April 16, 2018, is continued to **August 20, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 20, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 5, 2018.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**