IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR305 |
| v. | |
| ADEWALE ANIYELOYE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Adewale Aniyeloye's ("Aniyeloye") Notice of Appeal (Filing No. 89) filed on January 3, 2022. He did not, however, include the $505.00 filing and docket fees or a request to proceed in forma pauperis. Aniyeloye was initially appointed counsel in his underlying criminal case (Filing No. 15), but he later retained his own defense counsel (Filing Nos. 33 and 54). Because he was able to retain his own counsel, the Court will require Aniyeloye to either submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis for the Court's consideration. *See* Fed. R. App. P. 24 (a)(1).

Accordingly,

IT IS ORDERED:

1. Adewale Aniyeloye is directed to submit the $505.00 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days of the date of this Order.

2. The Clerk of Court is directed to send Aniyeloye the Form 4 "Affidavit Accompanying Motion for Permission To Appeal In Forma Pauperis" and a copy of this Order.

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge