IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ADEWALE ANIYELOYE,<br><br>                Defendant. | 8:16CR305<br><br>ORDER |

      This matter is before the Court on defendant Adewale Aniyeloye's ("Aniyeloye") Motion for Leave to Appeal in Forma Pauperis ("IFP") (Filing No. 103). Federal Rule of Appellate Procedure 24(a)(3) provides that a party "who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal [IFP] without further authorization" unless the Court certifies that the appeal is not taken in good faith or finds the party is not otherwise entitled to proceed IFP on appeal. *See also* 28 U.S.C. § 1915(a). Aniyeloye was initially appointed counsel in his underlying criminal case, but he later retained his own defense counsel (Filing No. 33 and 54). When Aniyeloye initially filed his Notice of Appeal (Filing No. 100), the Court noted such and instructed him to "either submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis for the Court's consideration." He has done so, and the Court has reviewed his request. The Court finds he should be entitled to proceed IFP on appeal.

      IT IS SO ORDERED.

      Dated this 18th day of July 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)
Robert F. Rossiter, Jr.
Chief United States District Judge
